IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 87-08379-H5-7 |
| MOORE BUILDING COMPANY | § | (CHAPTER 7) |
| | § | |
| DEBTORS | § | |

### ORDER TO PAY FUNDS INTO THE REGISTRY
### UNDER 11 U.S.C. §374(A)

Upon the application of the Trustee to pay unclaimed funds into the Registry of the Court under 11 U.S.C. §347 and Federal Rule of Bankruptcy Procedure 3010, the Trustee is directed to deposit into the registry those unclaimed dividends reflected on the attachment to this order.

This order is signed for the Court by the Clerk under authority of 28 U.S.C. §956 and General Order 200-3.

SIGNED this the 29th day of May, 2002.

Michael N. Milby, Clerk

By: _____
Deputy Clerk

NOTICE PURPOSES ONLY:
Pamela Gale Johnson
Baker & Hostetler, LLP
1000 Louisiana, #2000
Houston, Texas 77002
713 646-1324: 276-1626 - Telecopy

EXHIBIT "A"

Please Check One:

_____  Small Dividends

\_\_X\_\_\_  Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| International Business Forms<br>Attn: Credit Manager<br>1600 E. 26th St.<br>Little Rock, AR 72203 | 2 | $244.41 |
| Joseph C. Sancone, Sr. d/b/a<br>Property Tax Research Co.<br>15450 S. Outer Forty, #270<br>Chesterfield, MO 63017 | 3 | $1,920.01 |
| | Total | $2,164.42 |